```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


RACHEL SCHERBENSKE,
                                         NO. CIV. S-09-1374 LKK/KJM
          Plaintiff,

     v.
                                                O R D E R
WACHOVIA MORTGAGE, FSB, FKA
WORLD SAVINGS BANK, FSB, A
FEDERAL SAVINGS BANK; WELLS
FARGO BANK, N.A.; WELLS FARGO &
COMPANY, and DOES 1-100,

          Defendants.
                                    /
```

Pending before the court is plaintiff's application for an order shortening time to be heard on her motion for remand, which she filed contemporaneously. Plaintiff asserts that good cause exists to grant the application because there is a hearing on her unlawful detainer action set for June 12, 2009 in Sacramento Superior Court.

The court has reviewed the motion to remand and believes that a hearing is not necessary to resolve the matter. Accordingly,

1

```
 1  defendants are ORDERED to file an opposition to plaintiff's motion
 2  to remand or statement of non-opposition not later than June 8,
 3  2009 at 5:00 PM. The brief shall be not greater than fifteen (15)
 4  pages in length.
 5       IT IS SO ORDERED.
 6       DATED:  June 3, 2009.
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2